IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERY MELTON,

    Plaintiff,                     No. 2:12-1858 JAM CKD PS

    vs.

METROPOLITAN STATE
HOSPITAL, et al.,

    Defendants.           ORDER

_____/

        Plaintiff is proceeding in this action pro se and in forma pauperis. Plaintiff complains about treatment he has received while residing at the Metropolitan State Hospital, located in Norwalk, California.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

        In this case, there is no indication in the complaint where defendants reside. However, it appears that a substantial part of the events giving rise to plaintiff's claims occurred

1 in Norwalk, California, which is situated in Los Angeles County in the Central District of
2 California, Western Division.  Therefore, plaintiff's claim should have been filed in the United
3 States District Court for the Central District of California.  In the interest of justice, a federal
4 court may transfer a complaint filed in the wrong district to the correct district.  See 28 U.S.C.
5 § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

   Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California, Western Division.

Dated: July 24, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 melton.1858.tra

2